

1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 2:22-sw-0819 KJN |
|---|---|
| Email Account mattgillum@live.com THAT IS STORED AT PREMISES CONTROLLED BY MICROSOFT | ORDER COMMANDING MICROSOFT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT |
| | **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding MICROSOFT CORPORATION, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscriber and customer of the account listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation by giving the targets an opportunity to flee from prosecution and destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that MICROSOFT CORPORATION shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this order, except that MICROSOFT CORPORATION may disclose the attached warrant to an attorney for MICROSOFT CORPORATION for the purpose of receiving legal advice.

[PROPOSED] ORDER

1

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 11/04/22

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE